

**Daniel M. Silver**
Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

June 1, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:     *AstraZeneca Pharmaceuticals LP v. Becerra, et al.,* **C.A. No. 21-27-LPS**

Dear Chief Judge Stark:

At the conclusion of last week's hearing, Your Honor raised the "level of urgency" in deciding the cross-motions before the Court. Cognizant of the Court's caseload, we write to advise the Court that late this morning, the Health Resources and Services Administration (HRSA) granted AstraZeneca an extension until June 10, 2021, to respond to the May 17th letter. While AstraZeneca continues to consider the issues before the Court extremely time-sensitive, we felt it appropriate to alert the Court to the short extension afforded by HRSA.

Counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:     Counsel of Record (via Electronic Mail)