# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, | |
| *Plaintiff*, | |
| v. | C.A. No. 21-27 (LPS) |
| XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; | ADMINISTRATIVE PROCEDURE ACT REVIEW OF AGENCY DECISION |
| DANIEL J. BARRY, in his official capacity as Acting General Counsel of the U.S. Department of Health and Human Services; | |
| DIANA ESPINOSA, in her official capacity as Acting Administrator of the Health Resources and Services Administration; | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; and | |
| HEALTH RESOURCES AND SERVICES ADMINISTRATION, | |
| *Defendants*. | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, on June 16, 2021, this Court issued a Memorandum Opinion and Order (D.I. Nos. 78, 79), and directed the parties to submit a joint status report by June 18, 2021;

WHEREAS, on June 17, 2021 President Biden signed into law legislation creating a federal holiday to commemorate Juneteenth, and as result, the District Court will be closed on June 18, 2021 in observance of the Juneteenth holiday; and

WHEREAS, counsel for Defendants has informed Plaintiff that Defendants will be withdrawing the Advisory Opinion that is at issue in this litigation, and Plaintiff requires additional time to consider the implications of this information;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel and subject to the approval of the Court, that the parties' deadline to submit a joint status report is hereby extended to and including Monday, June 21, 2021 (from Friday, June 18, 2021).

Dated: June 18, 2021

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| | |
| */s/ Daniel M. Silver* | BRIAN NETTER |
| Michael P. Kelly (#2295) | Deputy Assistant Attorney General |
| Daniel M. Silver (#4758) | |
| Alexandra M. Joyce (#6423) | MICHELLE BENNETT |
| Renaissance Centre | Assistant Branch Director |
| 405 N. King St., 8th Floor | |
| Wilmington, DE 19801 | */s/ Rachael Westmoreland* |
| Tel.: (302) 984-6300 | Rachael L. Westmoreland |
| Fax: (302) 984-6399 | Kate Talmor |
| mkelly@mccarter.com | Jody Lowenstein |
| dsilver@mccarter.com | United States Department of Justice |
| ajoyce@mccarter.com | Civil Division |
| | Federal Programs Branch |
| *Of Counsel:* | 1100 L Street NW |
| | Washington, DC 20005 |
| Allon Kedem | (202) 514-1280 |
| Jeffrey L. Handwerker | rachael.westmoreland@usdoj.gov |
| Sally L. Pei | |
| Stephen K. Wirth | *Attorneys for Defendants* |
| ARNOLD & PORTER KAYE SCHOLER LLP | |
| 601 Massachusetts Ave., NW | |
| Washington, DC 20001-3743 | |
| Tel.: (202)942-5000 | |
| Fax: (202) 942-5999 | |
| allon.kedem@arnoldporter.com | |
| jeffrey.handwerker@arnoldporter.com | |
| sally.pei@arnoldporter.com | |
| stephen.wirth@arnoldporter.com | |

*Attorneys for Plaintiff AstraZeneca Pharmaceuticals LP*


SO ORDERED this _____ day of _____, 2021.

 _____
 THE HONORABLE CHIEF JUDGE LEONARD P. STARK