IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECCERA, *et al.*, <br><br> Defendants. | CASE NO.: 1:21-CV-00027-LPS |

**DEFENDANTS' UNOPPOSED MOTION TO MANUALLY FILE THE ADMINISTRATIVE RECORD**

On July 7, 2021, the Court ordered Defendants to produce the administrative record for the Health Resources and Services Administration's May 17, 2021 letter on or before July 16, 2021. The administrative record comprises approximately 8,127 pages of material, requiring approximately 1368 megabytes of electronic storage. Defendants understand that the CM/ECF system accepts files of up to 35 megabytes. Electronically filing the administrative record would therefore require dividing the record into approximately 39 separate files and uploading each file individually, which would be a highly burdensome task. Accordingly, Defendants respectfully request leave to file the administrative record manually rather than filing it electronically through the CM/ECF system. Plaintiff consents to Defendants' request.

If granted leave to file the administrative record manually, Defendants will provide an electronic copy of the administrative record on physical storage media in the form of a DVD-ROM to the Clerk's Office to maintain for public access, and with this motion are electronically filing through CM/ECF an index to the administrative record and the certification of the administrative record. Defendants will also provide a courtesy electronic copy of the administrative record to chambers. The relief requested will not affect Plaintiff's access to the administrative record, as

1

Defendants will provide Plaintiff's counsel with a copy of the administrative record on physical storage media in the form of a DVD-ROM on or by July 16, 2021.

Defendants appreciate the Court's consideration.

| | |
|---|---|
| Dated: July 15, 2021 | Respectfully submitted, |
| | BRIAN D. NETTER<br>Deputy Assistant Attorney General |
| | MICHELLE R. BENNETT<br>Assistant Branch Director |
| | */s/ Rachael L. Westmoreland*<br>RACHAEL L. WESTMORELAND (GA Bar No. 539498)<br>KATE TALMOR<br>JODY LOWENSTEIN<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>(202) 514-1280<br>rachael.westmoreland@usdoj.gov |
| | *Attorneys for Defendants* |