# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECCERA, *et al.*, <br><br> Defendants. | CASE NO.: 1:21-CV-00027-LPS |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants respectfully move for summary judgment on Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 56. The grounds for this Motion are set forth in the accompanying Brief in Support of Defendants' Motion for Summary Judgment.

Dated: July 23, 2021

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Branch Director

*/s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND (GA Bar No. 539498)
KATE TALMOR
JODY LOWENSTEIN
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
(202) 514-1280
rachael.westmoreland@usdoj.gov
*Attorneys for Defendants*