

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

October 14, 2021

**VIA CM/ECF**
The Honorable Leonard P. Stark
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

    Re:    *AstraZeneca Pharmaceuticals LP v. Becerra, et al.*, C.A. No. 21-27-LPS

Dear Judge Stark:

    Pursuant to the Court's Oral Order (D.I. 97), the parties hereby provide the following information for a non-speaking party representative or a member of the public (collectively referred to as, the "Public") to access the videoconference scheduled for October 18, 2021 at 3:00 p.m. Public attendees will be muted and unable to speak during the hearing, but are asked to mute their lines out of an abundance of caution. The Public are asked to use the following instructions and the link and/or dial-in below to access the hearing.

1. The Public can access the hearing by copying and pasting the following link into their web browser:
   https://mccarter.zoom.us/j/99128746802?pwd=Rll5ajYrMFRzSUtmSVJXNmFiYmpJdz09

2. When prompted, enter the following code: **142073**

3. Thereafter, the Public should be granted access to the hearing. As a reminder, Persons on this line will not be able to speak or otherwise participate during the hearing.

4. If the Public has any issues with the videoconference link, they may instead access the meeting using the following dial-in and passcode:

   Dial-In: 1-312-626-6799
   Code:  99128746802#

   One tap mobile dial-in:
     13126266799,,99128746802#

ME1 37741687v.1

October 14, 2021<br>Page 2

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:     Counsel of Record (via Electronic Mail)