# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

SANOFI-AVENTIS U.S., LLC,

          Plaintiff,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et. al.,

          Defendants.

Civil Action No. 21-00634 (FLW)

**ORDER DENYING EMERGENCY ADMINISTRATIVE STAY**

**THIS MATTER** having been opened to the Court by Plaintiff Sanofi-Aventis, U.S., LLC, on an emergency motion to administratively stay, pending disposition of the parties' summary judgment motions, ECF Nos. 62, 68, Sanofi's "obligation under the Administrative Dispute Resolution ('ADR') Rule," ECF No. 101, at 1, in connection with an ADR petition filed by the National Association of Community Health Centers' ("NACHC") against Sanofi in the Department of Health and Human Services on August 31, 2021, which was then assigned to an ADR panel on October 5, 2021, ECF No. 101, at 4-5; it appearing that the Government opposes the motion, ECF No. 103; it appearing that the Court will render its decision on the pending summary judgment motions in this matter on or before November 5, 2021; it appearing that on November 5, 2021, Sanofi must file a response to NACHC's arbitration petition, and that Sanofi may request that the panel, to the extent permitted under the applicable regulations, stay the arbitration proceeding in light of this Court's timeline; it appearing that the Court having reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth herein, and for good cause shown;

**IT IS** on this 14th day of October, 2021,

**ORDERED** that Sanofi's "Motion for an Emergency Motion for a Stay Pending Resolution of the Dispositive Motions and for an Immediate Interim Stay" is **DENIED**.

/s/ Freda L. Wolfson
Hon. Freda L. Wolfson
U.S. Chief District Judge